UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cecelia R. Muehlfeld,                               Case No. 3:23-cv-225

        Plaintiff,

v.                                                  ORDER

Commissioner of Social
Security Administration,

        Defendant.

      Before me is the Report and Recommendation ("R & R") of Magistrate Judge Darrell A. Clay filed on February 14, 2023, recommending I deny Plaintiff's motions to proceed *in forma pauperis* in this action. (Doc. No. 8). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2).

      In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

      Following review of Judge Clay's R & R, I adopt its legal conclusion as the Order of this Court. I find Judge Clay's analysis sound and agree that paying the filing fee in this case would not impose undue hardship on Plaintiff. Therefore, I deny Plaintiff's motions to proceed *in forma pauperis*. (Doc. Nos. 2 and 7). But rather than the fourteen days recommended by Judge Clay, I

order Plaintiff to pay the full filing fee of $402 within thirty (30) days of this Order.  If Plaintiff fails to do so, this case will be dismissed.

So Ordered.

                                                  s/ Jeffrey J. Helmick  
                                                  United States District Judge